## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RAUL RIVAS COY-PEC,**

           **Petitioner,**

    v.

**J.L. JAMISON, et al.,**

           **Respondents.**

**CIVIL ACTION NO. 26-4318**

## ORDER

**AND NOW,** this 24th day of June 2026, of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], it is hereby **ORDERED** as follows:

1. Respondents are ordered to **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted by **June 25, 2026 at 4:00 p.m**.

2. The Clerk of Court is directed to make service upon the U.S. Attorney's Office. The Clerk shall provide the U.S. Attorney's Office with an acceptance of service form, the Petition for Writ of Habeas Corpus, and a copy of this Order.

3. This matter shall be heard by the Honorable Cynthia M. Rufe on **June 26, 2026 at 11:00 a.m.** in Courtroom 17A of the United States District Court, 601 Market Street, Philadelphia, PA, 19106.

4. Respondents shall not deport or transfer Petitioner from this Court's jurisdiction prior to the hearing. Respondents may release Petition from detention.

It is so **ORDERED.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**

        **CYNTHIA M. RUFE, J.**