**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAUL RIVAS COY-PEC,**<br>**Petitioner,**<br>**v.**<br>**J.L. JAMISON, *et al*.,**<br>**Respondents.** | **CIVIL ACTION NO. 26-4318** |

**ORDER**

**AND NOW**, this 31st day of August 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 10, 11], and because the government has filed a Certification of Compliance [Doc. No. 12], it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**